Certificate Number: 05781-NYE-DE-035732482

Bankruptcy Case Number: 21-70975

05781-NYE-DE-035732482

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 4, 2021, at 4:54 o'clock PM PDT, Juan Cordova completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: June 4, 2021

By: /s/Allison M Geving

Name: Allison M Geving

Title: President